UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:06:CR:204

v.

                                       HON. GORDON J. QUIST

FRANCISCO PIZARRO-GAYTAN,

        Defendant.

_____/

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed November 2, 2006, as amended by the Revised Report and Recommendation filed November 3, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Francisco Pizarro-Gaytan's plea of guilty to Count One of the Indictment is accepted.  Defendant Francisco Pizarro-Gaytan is adjudicated guilty.

3. Defendant Francisco Pizarro-Gaytan shall be detained pending sentencing.


Dated: November 17, 2006                                   /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE